## UNITED STATES of America, Plaintiff–Appellee,

v.

## Noel Adrian MEDINA–GASTELUM, Defendant–Appellant.

No. 12–10475.

United States Court of Appeals, Ninth Circuit.

Submitted May 14, 2013.*

Filed May 20, 2013.

Robert Lawrence Ellman, Esquire, Assistant U.S., Office of the U.S. Attorney, Robert A. Bork, Assistant U.S., Brandon C. Jaroch, USLV–Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff-Appellee.

Alina Maria Shell, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, THOMAS, and MURGUIA, Circuit Judges.

## MEMORANDUM **

Noel Adrian Medina–Gastelum appeals from the district court's judgment and challenges the 71–month sentence imposed following his guilty-plea conviction for being a deported alien found unlawfully in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Medina–Gastelum contends that his sentence is substantively unreasonable in light of his drug addiction and attempts at rehabilitation. The district court did not abuse its discretion in imposing Medina–Gastelum's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Medina–Gastelum's history of immigration violations and drug convictions. *See id.*

**AFFIRMED.**

Before: LEAVY, THOMAS, and MURGUIA, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

